UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERICO INTERNATIONAL CORPORATION, | : | Case No. 1:05-cv-2924 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| | : | |
| DOC'S MARKETING, INC., *et al.*, | : | ORDER |
| | : | |
| Defendants. | : | |

By agreement of the parties, as outlined on the record of today's conference,[1] this case is hereby **STAYED** pending the forthcoming appeal by Doc's Marketing, Inc. from this Court's entry of a preliminary injunction (Doc. 27) and forthcoming denial of Doc's Marketing, Inc.'s motion for reconsideration (Doc. 29). As indicated on the record at today's conference, the Court will be issuing a written opinion in connection with the motion for reconsideration, from which the time will run for filing a notice of appeal.[2]

The parties are hereby **ORDERED** to participate in **MEDIATION** – *via* the ADR Panel – no later than **120 days from the date of this Order**.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE

**Dated: June 13, 2006**

---

[1] The parties appeared this day for a scheduled Case Management Conference. In light of the stay imposed by this Order, a case management plan is unnecessary at this time.

[2] By agreement of the parties, the following are excepted from this stay: (1) Doc's Marketing, Inc. may answer Plaintiff's Amended Complaint; and (2) Plaintiff may answer any counterclaims asserted thereafter by Doc's Marketing, Inc.